THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Dariell Cooper, Respondent,
 v.
 Permanent General Assurance Corporation, Petitioner.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

Appeal from Sumter County
 Howard P. King, Circuit Court Judge

Memorandum Opinion No.  2007-MO-020
Heard November 14, 2006  Filed April 9, 2007  

REVERSED

 
 
 
 J. R. Murphy and Adam J. Neil, both of Murphy & Grantland, of Columbia, for Petitioner.
 Kristi Fisher Curtis, of Sumter, and Nelson Russell Parker, of  Land Parker & Welch, PA, of Manning, for Respondent.
 
 
 

PER CURIAM: Reversed pursuant to Rule 220 (b), SCACR, and the following authority: Burgess v. Nationwide Mut. Ins. Co., Op. No. 26304 (S.C. Sup. Ct. filed April 9, 2007). 
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.